# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SPIKE LLC; BLUE SPIKE INTERNATIONAL LTD.; WISTARIA TRADING LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> COMCAST CABLE COMMUNICATIONS, LLC, <br><br> Defendant. | C.A. No. 19-159-LPS-CJB <br><br>  <br><br> **PUBLIC VERSION** <br> **FILED June 30, 2020** |

**EXHIBIT TO
DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' INITIAL
<u>INFRINGEMENT CONTENTIONS</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SPIKE LLC,<br>BLUE SPIKE INTERNATIONAL LTD.,<br>and WISTARIA TRADING LTD.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COMCAST CABLE<br>COMMUNICATIONS, LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-00159-LPS-CJB<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFFS' PRELIMINARY INFRINGEMENT CONTENTIONS**

Pursuant to the Court's Scheduling Order (D.I. 24) as subsequently modified (D.I. 36), Plaintiffs Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd. (collectively, "Plaintiffs"), by and through their attorneys, hereby serves their Preliminary Infringement Contentions.

This disclosure is made solely for the purpose of this action. This disclosure is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any other objections on grounds that would require the exclusion of statements contained herein if such disclosure were asked of, or statement contained herein were made by, a witness present and testifying in court, all of which objections and grounds are expressly reserved and may be interposed at the time of trial.

This disclosure is given without prejudice to Plaintiffs' rights, and Plaintiffs hereby expressly reserves their rights and ability to further supplement or amend their contentions, including without limitation to add asserted claims or accused methods/products as additional facts are ascertained, analyses are made, research is completed, contentions are made, and claims

are construed.  The following disclosures are made subject to and without waiving any of the foregoing.

Attached as Exhibits A-J are preliminary infringement contentions associated with U.S. Patent Nos. RE 44,222 (Exhibit A); RE 44,307 (Exhibit B); 8,473,746 (Exhibit C); 7,475,246 (Exhibit D); 8,739,295 (Exhibit E); 8,224,705 (Exhibit F); 9,021,602 (Exhibit G); 9,104,842 (Exhibit H); 7,159,116 (Exhibit I); 8,538,011 (Exhibit J).

Attached as Exhibits 1-13 are exhibits containing evidence cited in those contentions.

Dated: June 20, 2020

.                                                                    DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs*
*Blue Spike LLC, Blue Spike Int.,*
*and Wistaria Trading Ltd*