# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SPIKE LLC; BLUE SPIKE INTERNATIONAL LTD.; WISTARIA TRADING LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> COMCAST CABLE COMMUNICATIONS, LLC, <br><br> Defendant. | C.A. No. 19-159-LPS-CJB |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on the 29th day of June, 2020, true and correct copies of the foregoing SEALED Exhibit to Defendant's Motion To Strike Portions Of Plaintiffs' Initial Infringement Contentions were served upon the following counsel of record by email:

Timothy Devlin
James M. Lennon
Chad Henson
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com
chanson@devlinlawfirm.com

Dated: June 29, 2020

Respectfully submitted,

**CONNOLLY GALLAGHER LLP**

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)D
Ryan P. Newell (#4744)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

Daniel J. Goettle
Jeffrey W. Lesovitz
dgoettle@bakerlaw.com
jlesovitz@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Telephone:   215.568.3100
Facsimile:    215.568.3439

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC